Alberto Vincent Barriera
M.D.C. Brooklyn
80 29th St
Brooklyn, NY 11232



RECEIVED AUG 11 2015 PRO SE OFFICE

IN THE UNITED STATES DISTRICT COURT
For THE SOUTHERN DISTRICT OF NEW YORK

CIVIL ACTION

Alberto Vincent Barriera
    Plaintiff

15 CV 6342

V.

VA Dept of Corrections
St. bride's Correctional Facility
Watch Commander Capt Little
Investigator Skyler
Sgt. Everett
Officer Hawke
Federal Marshall Service
Federal Marshall Jane Doe
Federal Marshall John Doe
    Defendants

Come's now the plaintiff Alberto Vincent Barriera pro se and hereby file's a request for a civil court motion against the above mentioned defendants in a proffessional and personal capacity. Plaintiff ask's the court to set a hearing date as schedule allow's and to be aware that plaintiff is currently in federal custody.

Applicable details regarding this action will be in the brief within.

PLAINTIFF ALBERTO VINCENT BARRIERA COMES BEFORE THE CIVIL DIVISION IN THE SOUTHERN DISTRICT OF NEW YORK WITH ACTION ON THE DEFENDANT'S

PLAINTIFF INTENDS TO PROVIDE DEFINITIVE EVIDENCE AND INFORMATION STATING THAT THE DEFENDANT'S CAUSED UNDUE NEGLIGENCE AND PHYSICAL HARM TO THE PLAINTIFF IN WHICH HE COULD NOT PERFORM REGULAR DUTIES IN LIFE.

TAKE NOTICE THAT PLAINTIFF ALBERTO VINCENT BARRIERA IS COMMENCING AN ACTION UNDER RULE 3 AND SAID ACTION SHALL BE FILED WITH THE COURT.
INCLUDED IN THIS MOTION IS THE COVERSHEET WHICH IS MANDATED BY LAW.

I UNDERSTAND THAT FAILURE TO INCLUDE SUCH A COVERSHEET WITH THE COMPLAINT WOULD DELAY FILING.

RESEARCH GUIDE AM JUR-32B AM JUR
2ND FEDERAL COURTS 2045

RULE 5 SERVICE TO DEFENDANT'S PLEADING
DISCOVERY LATER. DEMAND FOR THE JUDGEMENT ALL SERVICE MOTION COMPLETE.

Brief in Scale

# GROUNDS AND SUPPORTING FACTS:

On Sept 25, 2014 I the plaintiff Alberto Vincent Barriera was being released from St. Bride's Correctional Facility in Chesapeake, VA. While under the care and custody of the Virginia Department of Correction's and warden of St. Bride's Appox between 8:30 am + 10:00 am while being discharged I was called to the booth signed out, was handed my driver's-lisense then searched and shackled by the Federal Marshall's who at that point had signed all paperwork and taken custody of me. When I, the plaintiff turned around to try and pick up my property box, which contained my glasses and legal-work, as well as personal property, Officer Hawke stepped in front of me and told me I could not take my property, I stated fine. But I need my glasses and legal-papers for court. At which point he stepped close to my face and stated be quit, AND said your not getting notthing, I looked over at the marshalls and further explained I need my glasses and legal work for court. He became intollerent and attacked me although I was in federal custody shackled and NOT a threat to anyone. I was thrown to the ground at which time Officer Hawke placed his knee on my neck as I cryed out to the marshall's for help he punched me in the mouth and knocked my teeth out, by then Sargent Everett jumped in although I was not being combative and stomped on my left knee while grabbing my right ancle and twisting it I could not breath and said so, to shut me up Officer Hawke placed his knee from my neck to my jaw I once again called out for help from both marshall's who failed to intervene or prohibit this physical attack they watched for several minute's as the attack began and did NOT intervene the entire time, although I asked for there help numerus time's.

# BRIEF CONTINUATION:

Captain Little the watch commander, and Investigator Skyler were called at which time they all started disscussing reason's to justify officer Hawke's and Sargent Everett's actions. I was hurt asking for help when Captain Little gave the order for me to be put in the transport vehicle. Investigator Skyler pullout a camera and took picture's of my hand's backed up far and took picture's of my face and said we're done I was severely injured and was forced into the truck and transported although I stated I needed medical attention both Marshall's ignored my pled for help.

# BRIEF CONTINUATION:

① Violation's of the United States Constitution 14TH and 8TH Amendments, as well as 5TH

② The plaintiff was in severe pain, excruciating pain throughout his entire body.

③ Plaintiff asked marshalls for medical help and was denied medical treatment.

④ Plaintiff was not seen by medical staff while under the custody of the marshall's although I asked to be taken to the hospital.

⑤ Because I was not taken to a hospital, I was not given any pain medication for injuries.

⑥ Plaintiff was having panic attacks was afraid for his life.

⑦ Plaintiff has problems sleeping due to assuit, wakes up crying and confused afraid to go back to sleep placed in mental health unit

⑧ Plaintiff is going through major depression and paranoia due to incident.

⑨ Plaintiff has developed possible PTSD plaintiff has flashes of the assuait reocuring.

# BRIEF CONITINUATION:

⑩ PLAINTIFF IS paranoid in constant FEAr of contact with officer's PLAINTIFF FEAr'S being SHACKIEd IT leave's PLAINTIFF feeling WITHdrawn, Vulnerable, often secluded.

⑪ Knee HAS TOTAl loss of cartilage And had swelling PLAINTIFF Now where's knee brace because of beATING HE received, HAS bone Tendinitis.       (TAKING PAIN medication.)

⑫ Ancle Had major swelling differcuIty walking (cane required) IN CONSTANT pain.       (TAKING pain medication.)

⑬ Elbow AND forarm IN CONSTANT pain   Bone Tendinitis.

⑭ Repeated chest pain's on A regular basis Along WITH severe respiratory ISSUE's.

⑮ Lack of NUTRITION due To loss of Appetite And weight loss.

⑯ eye sight DeTerioration.

⑰ STIFF Neck UNAble To move like before beATING.

⑱ CONSTANT RINGING IN EAr Hard To Hear CAUSING THE medical result of TINNITUS.

⑲ LeGAl work AND personal property were destroyed Violation of due process. AlTHough Family member's continued to call facility For pickup.

20) Tongue was swollen and numb unable to eat due to lost of 2 teeth.

21) Unable to carry heavy load's due to lower back problem's from beating

22) Was unable to walk alone needed a cane as well as assistance. For meal's as well as hygiene purpose's.

23) on constant pain medication's

24) constant nerve pain on both feet and leg's.
25) deliberate indifference. For standing by and NOT intervene in an illegal beating.

I the plaintiff Alberto Vincent Barriera Declare under penalty of perjury that the forgoing is true and correct.

*Alberto V Barriera*
Alberto Vincent Barriera

EXECUTED ON:
8/4/15

RELIEF SUMMARY:

Wherefore plaintiff prays that the court grant petitioner relief in the following

ACTUAL DAMAGES: Ten million dollars per defendant which caused economic loss.

EMOTIONAL DISTRESS twenty million per defendant which caused physical impairment and pain and suffering

PUNITIVE DAMAGES fifty million per defendant which cause permanent disfigurement.

The following defendants are being sued in there professional and personal capacity.

DEFENDANTS:
- VA. Dept of Corrections
- St. Bride's Corr. Facility
- Capt. Little (Watch Commander)
- Investigator Skyler
- Sgt. Everett
- Officer Hawke
- Federal Marshall Service
- Federal Marshall Jane Doe
- Federal Marshall John Doe

Plaintiff seeks justice by bringing this legal-action.

Alberto Vincent Barriera
Plaintiff, pro se

Court must include rule provision's in the federal system partie's to a civil suit for damage's are entitled to a jury trial under the 7TH amendment the 7TH amendment applies to all civil right's action's for damage's the plaintiff mr. Barriera will be asking for injunctive relief from the defendant's VA. Dept of corr ST.Bride's corr. facility, Watch commander capt Little. Investigator Skyler, Sgt Everett officer Hawke. Federal marshall Service, Frederal marshall - Jane Doe, Federal marshall John Doe,
And similiar relief due to the fact that it is not an equity suit.

The plaintiff also understand's that a civil suit all start's with a complaint which is included in this packet and that the defendant's now have to file an answer or a motion to dissmiss on the ground's that the complaint filed by the plaintiff mr Alberto V Barriera Doe's not constitute any wrong doing.

*Alberto V. Barriera*
Alberto V. Barriera

Plaintiff pro SE

Executed on:
8/4/15

(COVERSHEET)

Mr. Alberto Vincent Barriera
M.D.C. Brooklyn
80 - 29TH ST
Brooklyn N.Y.
    11232
Plaintiff

CLERK CIVIL DIVISION
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

V.

VA. DEPT OF CORRECTION'S
ST. BRIDES CORRECTIONAL FACILITY
WATCH COMMANDER CAPT LITTLE
INVESTIGATOR SKYLER
SGT. EVERETT
OFFICER HAWKE
FEDERAL MARSHALL SERVICE
FEDERAL MARSHALL JANE DOE
FEDERAL MARSHALL JOHN DOE.
    Defendants

2015 AUG 11 P 4: 33 RECEIVED SDNY PRO SE OFFICE

SIR/MADAM

Please accept and file the following claim in your court. I am the plaintiff in this litigation and request copies be served in triplicate to the defendant's listed on the following page in my brief. Place on record that I am incarcerated and would ask the court to waive all filing fee's.

DATE 8/4/15     WITNESS     RESPECTFULLY
Alberto V Barriera
Alberto V Barriera
Plaintiff, Pro Se

RECEIVED
SDNY PRO SE OFFICE
2015 AUG 11 P 4: 33

Alberto Vincent Batista
#582-82-054
Metropolitan Detention Center
M.D.C. Brooklyn
80 - 29 TH ST
Brooklyn N.Y.
11232

Pro Se
8/11/15 cf

Clerk Civil Division
United States District Court
Southern District of New York
500 Pearl Street
New York City, N.Y.
10007

USMS P.3 SDNY

LEGAL-MAIL